618

476 A.2d 101

Commonwealth v. Gateward, Appellant.

Submitted November 18, 1983. Michael J. Byrne, Jr., for appellant; Jane C. Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before McEWEN, HESTER and LIPEZ, JJ.

Judgment of sentence affirmed.

476 A.2d 101

Commonwealth v. Gutman, Appellant.
Petition for Allowance of Appeal
Denied Sept. 20, 1984.

Submitted May 20, 1983. Gilbert B. Abramson, for appellant; Stuart M. Niemtzow, Deputy Attorney General, for Commonwealth, appellee.

Before HESTER, BROSKY and BECK, JJ.

Judgment of sentence of the lower court is modified to reverse the conspiracy conviction. As modified, judgment of sentence is affirmed.